### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RYDENE AMUNDSEN and ) <br> WINIFRED AMUNDSEN, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> MID CENTRAL OPERATING ENGINEERS ) <br> HEALTH & WELFARE FUND, ) <br>  ) <br> Defendant. ) | Case No. 05-1397 |

### ORDER

Before the Court is Magistrate Judge Cudmore's Report and Recommendation [Doc. # 18], which addresses Defendant's Motion to Strike and Dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6) and 12(f) [Doc. # 15].  The parties have not filed any objections within the ten (10) days allotted by 28 U.S.C. § 636(b)(1).  Failure to object constitutes a waiver of any objections.  See <u>Johnson v. Zema Sys. Corp.</u>, 170 F.3d 734, 739 (7th Cir. 1999); <u>Video Views Inc. v. Studio 21 Ltd.</u>, 797 F.2d 538 (7th Cir. 1986).  Accordingly, the Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion is GRANTED IN PART and DENIED IN PART.  The motion is granted to the extent it seeks to strike Plaintiffs' claim for compensatory damages pursuant to § 502(a)(1)(B) of ERISA.  The motion is denied in all other respects.

Entered this __14th__ day of August, 2006.


                                      s/ Joe B. McDade
                                     JOE BILLY McDADE
                                  United States District Judge